1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN C. RITTER, <br><br> Defendant. | NO. CR17-99-JLR <br><br> [Proposed] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture (the "Motion") for the following property:

1. One generic, white, desktop computer;

2. One Toshiba laptop computer, serial number 78092769Q; and

3. Any and all images of child pornography, in whatever form and however stored.

The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the Plea Agreement that the Defendant, Steven C. Ritter, entered on October 25, 2017, he agreed to forfeit his interest in the above-listed property (Dkt. No. 31, ¶ 6);

- On December 29, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable and forfeiting the Defendant's interest in it (Dkt. No. 35);

- The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 40) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant United States Attorney Neal Christiansen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2–3, Ex. A); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

1       3.     The United States Department of Homeland Security, and/or its

2 representatives, are authorized to dispose of the above-listed property in accordance with

3 the law.

4

5        IT IS SO ORDERED.

6

7        DATED:   15 February 2019      .

8

9

10

11                          JAMES L. ROBART

                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16 Presented by:

17

18 NEAL B. CHRISTIANSEN

19 Assistant United States Attorney
    United States Attorney's Office

20 700 Stewart Street, Suite 5220

21 Seattle, Washington 98101-1271
    (206) 553-2242

22 Neal.Christiansen2@usdoj.gov

23

24

25

26

27

28

Final Order of Forfeiture - 3
*United States v. Ritter*, CR17-99-JLR